UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | 05 CV 4724 |
| Plaintiff, | |
| - against - | |
| AIMSI TECHNOLOGIES, INC., REGINALD HALL, HARRIS DEMPSEY "BUTCH" BALLOW, EVERETT BASSIE, WINFRED FIELDS, and BRUCE CHARLES POLLOCK, | |
| Defendants, | |
| - and - | |
| WILLIAM WATKINS,  DOLORES WATKINS, WRIGHT FAMILY HOLDINGS, INC., WRIGHT FAMILY TRUST, GBY INTERNATIONAL PUBLIC RELATIONS, INC., BP INTERNATIONAL, INC., SECURE RELEASES, INC., CHINA GLOBAL DISTRIBUTION CORP., LINES OVERSEAS MANAGEMENT, WONDERLAND CAPITAL CORP., PRIVATE FUNDING CORP., and OREKOYA CAPITAL CORP., | |
| Relief Defendants. | ECF CASE |

## NOTICE RE: PROCEEDINGS TO ENFORCE JUDGMENT
## AS TO DEFENDANT – JUDGMENT DEBTOR BRUCE CHARLES POLLOCK

Pursuant to the direction of the Court (Hon. Louis L. Stanton, J.), the plaintiff – judgment creditor Securities and Exchange Commission will conduct further proceedings to enforce the judgment entered against the defendant – judgment debtor Bruce Charles Pollock in the United States District Court for the Southern District of Texas, Houston Division, or such other district as the defendant – judgment debtor Bruce Charles Pollock resides.

Enforcement of the other unsatisfied judgments in this action in favor of the plaintiff – judgment creditor Securities and Exchange Commission will continue to be conducted in this Court.

Dated:          New York, New York
                September 19, 2012

                                    GEORGE S. CANELLOS, Regional Director
                                    RICHARD G. PRIMOFF, Senior Trial Counsel
                                    EDUARDO A. SANTIAGO-ACEVEDO,
                                         Senior Attorney


                                    _____/s/_____
                                    JOHN J. GRAUBARD, Senior Attorney (JG-4854)
                                    Attorney for Plaintiff, Securities and Exchange
                                    Commission
                                    New York Regional Office
                                    3 World Financial Center, Room 400
                                    New York, NY 10281-1022
                                    Tel.:          212-336-0084 (Graubard)
                                    Fax:           212-336-1353
                                    E-mail:        graubardj@sec.gov

TO:     Nelson M. Jones, Esq. (via ECF)
        A. Robert Fischer, Esq. (via ECF)
        John L. Green (via ECF)
        Dwight Eugene Jefferson, Esq. (via ECF)
        J. Randall Henderson, Esq. (via ECF)

        Bruce Charles Pollock (via first class mail)
        619 White Wing Lane
        Houston, TX 77079

        Michael Glen Walker, Esq. (via first class mail)
        Walker Patterson PC
        P.O. Box 61301
        Houston, TX 77208-1301